**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID  83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JASON JOSUE LUGO, | CASE NO. 15-40121-JMM |
| Debtor. | |

**Notice of Motion to Modify the Confirmed Plan and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### TRUSTEE'S MOTION TO MODIFY THE CONFIRMED PLAN

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, and as for her Motion to Modify the Confirmed Plan states as follows:

1. The Debtor filed for Chapter 13 relief on February 17, 2015.
2. The Debtor's plan was confirmed on May 16, 2016.

    3. The Debtor is self-employed and currently operates one business: JLugo, LLC which the Debtor operates as an S Corporation.

    4. In compliance with 11 USC § 1304(c) and in an effort to better monitor future income and expenditures of this Debtor's businesses while avoiding potential future misunderstandings as to the nature of the Debtor's income and expenses, the Trustee moves that the Debtor's confirmed plan be modified such that the Debtor shall be required beginning November 2018 to provide the Trustee's office with monthly business reports of the prior month's business activities for each of the Debtor's businesses which include the following:

    a) A monthly profit and loss report.

    b) Complete copies of bank statements from each of the Debtor's checking and savings accounts, business and personal, including corresponding check registers and PayPal account statements.

    c) Copies of receipts from all business purchases including receipts from all cash payments or cashier's checks/money orders.

    5. The Debtor's monthly business reports shall be received by the Trustee's office no later than the 21st of each month for the previous month's reports, statements, receipts, etc.

    6. The Trustee further requests that the Debtor's confirmed plan be modified such that the Debtor shall turnover complete copies of all Form 1099's and W-2's filed by JLugo, LLC along with copies of personal and business tax returns on an annual basis.

    WHEREFORE, the trustee respectfully requests that the Debtors plan be modified to require the Debtor to provide the Trustee's office with monthly business reports for each of the Debtor's businesses commencing in November 2018 for the remainder of the plan.

    DATED: September 25, 2018

                                                /s/ Kathleen McCallister
                                                **Kathleen McCallister, Trustee**

# CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on September 25, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Paul N. Ross**
Attorney at Law
paul@idbankruptcylaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Jason Lugo
779 N 1150 E
Jackson, ID 83350

                                                    **/s/**  Shawna Williams
                                                    **Shawna Williams, Office Manager**